IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM CRYOGENIC TECHNOLOGIES, LTD.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>WEATHERFORD ARTIFICIAL LIFT SYSTEMS, INC., WEATHERFORD U.S., L.P., WEATHERFORD INTERNATIONAL, INC. AND WEATHERFORD CANADA PARTNERSHIP,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 4:12-CV-00890<br>(transferred from U.S. Distr. Court, Colorado, Civil Action No. 1:11-CV-01971-WJM-CS)<br><br>Jury Demanded |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendants Weatherford Artificial Lift Systems, Inc., Weatherford U.S., L.P., Weatherford International, Inc. and Weatherford Canada Partnership ("Weatherford") file this Corporate Disclosure Statement and Certificate of Interested Parties in accordance with the Court's Order for Conference and Disclosure of Interested Parties (Doc. No. 75) and Rule 7.1 of the Federal Rules of Civil Procedure, and disclose the following persons and entities as those financially interested in the outcome of this litigation:

　　　　　Weatherford Artificial Lift Systems, Inc., a Delaware corporation,

　　　　　Weatherford U.S., L.P., a Louisiana limited partnership,

　　　　　Weatherford International, Inc., a Delaware corporation, and

　　　　　Weatherford Canada Partnership, a Canadian partnership

The above entities are wholly-owned, indirect subsidiaries of parent company, **Weatherford International, Ltd.**  The parent company is a joint stock company domiciled in Switzerland with its registered office located at Alpenstrasse 15, 6300 Zug, Switzerland, and its common shares

are traded on the New York Stock Exchange under the symbol "**WFT**".


DATED:  April 6, 2012						Respectfully Submitted,

							By : /s/ *J. Dean Lechtenberger*
								J. Dean Lechtenberger (Lead Attorney)
								   Texas Bar No. 12100720
								   So. Distr. of Texas Bar No. 12106
								   Email:  jlechtenberger@winston.com
								Winston & Strawn LLP
								1111 Louisiana, 25th Floor
								Houston, Texas 77002
								Telephone: (713) 651-2600
								Facsimile:  (713) 651-2700


							ATTORNEY FOR DEFENDANTS,
							WEATHERFORD ARTIFICIAL LIFT
							SYSTEMS, INC., WEATHERFORD U.S.,
							L.P., WEATHERFORD INTERNATIONAL,
							INC., AND WEATHERFORD CANADA
							PARTNERSHIP


## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and LR 5.3, I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of April, 2012, with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served by email and/or U.S. First Class Mail on this same date.


							/s/ *J. Dean Lechtenberger*