

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM CRYOGENIC TECHNOLOGIES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>WEATHERFORD ARTIFICIAL LIFT SYSTEMS, INC., WEATHERFORD U.S., L.P., WEATHERFORD INTERNATIONAL, INC., and WEATHERFORD INTERNATIONAL, LTD,<br><br>Defendants. | CIVIL ACTION NO. 4:12-CV-00890 (transferred from U.S. Distr. Court, Colorado, Civil Action No. 1:11-CV-01971-WJM-CS)<br><br>Jury Demanded |

## PLAINTIFF MILLENNIUM CRYOGENIC TECHNOLOGIES, LTD.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Plaintiff Millennium Cryogenic Technologies, Ltd. ("MCT"), hereby files this Corporate Disclosure Statement and Certificate of Interested Parties in accordance with the Court's Order for Conference and Disclosure of Interest Parties (Doc. No. 75) and Rule 71 of the Federal Rules of Civil Procedure, and disclose the following persons and entitites as those financially interested in the outcome of this litigation:

Millennium Cryogenic Technologies, Ltd., a Canadian corporation.

MCT is incorporated under the laws of Alberta, Canada and it has no parent corporation and no publicly held corporation owns more than 10% of its stock.

MCT is wholly owned by John Russell McKay and Yelena McKay of Edmonton, Alberta, Canada. No other third party has a financial interest in the outcome of the litigation.

Respectfully submitted this 10th day of April, 2012.

*/s/ Gregg I. Anderson*
Gregg I. Anderson (Lead Attorney)
   Colorado Bar No. 9,366
   California Bar No. 255556
   Appearing *Pro Hac Vice (pending)*
   Email: ganderson@merchantgould.com
Peter A. Gergely
   Colorado Bar No. 24,564
   Appearing *Pro Hac Vice (pending)*
   Email: pgergely@merchantgould.com
Merchant & Gould P.C.
1050 17th Street, Suite 1950
Denver, Colorado 80265
Telephone: 303-357-1670
Fax: 303-357-1671

**ATTORNEYS FOR PLAINTIFF, MILLENNIUM CRYOGENIC TECHNOLOGIES, LTD.**

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and LR 5.3, I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 10th day of April, 2012, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by email and/or U.S. First Class Mail on this same date.

*s/ Gregg I. Anderson*